**David Hugh ROBERTS,
Debtor—Appellant,**

v.

**Cheryl Ann CREIGHTON; Edward
A. Derenberger, Defendants—
Appellees,**

and

**Brian A. Goldman, Trustee.**

**No. 09–1381.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

David Hugh Roberts, Appellant Pro Se.
Edward A. Derenberger, Appellee Pro Se.

Before TRAXLER, Chief Judge, and
GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Hugh Roberts appeals from the
district court's order affirming the bank-
ruptcy court's orders denying his motion
to reopen his bankruptcy case and to re-
move a proceeding from state court. We
have reviewed the records and decisions of
the bankruptcy court and the district court
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *See Roberts v. Creighton,*
Nos. 1:08–cv–01775–BEL; BK–95–51301;
AP–08–00233 (D.Md. Feb. 27, 2009). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*